**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 99-00499 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| AHMED SLOAN, | |
| Defendant. | |

Now pending before the Court is defendant's motion to modify his sentence as a result of the recent amendment to the sentencing guidelines for cocaine base (crack). Defendant alleges that he was convicted and sentenced for "Count-2 Possession with intent to Distribute Cocaine Base." A review of the record, however, reveals that defendant pled guilty to and was convicted of Counts 1 and 3, and not Count 2. Thus, he was not sentenced pursuant to the amended guideline, section 2D1.1. Accordingly, defendant's motion to modify his sentence is DENIED.

**IT IS SO ORDERED.**

Dated: June 11, 2008



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\1999\0499cr\orderdenyingmotion.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\CRBALL\1999\0499cr\orderdenyingmotion.wpd                    2